# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009,
ALL 37,000 PRISONERS THAT ARE
CURRENTLY/SIMILARLY SITUATED,
    Plaintiff,

VS

PROBABLE CAUSE CONFERENCE DIRECTOR,
83 COUNTY CHIEF CIRCUIT COURT JUDGES
JAMES SCHIEBNER, WARDEN
83 COUNTY PROSECUTOR's FOR MICHIGAN
STATE COURT ADMINISTRATOR'S PROBABLE CAUSE CONFERENCE SUPERVISOR,
WAYNE COUNTY PROSECUTOR KIM L. WORTHY,
ALL 83 COUNTY DISTRICT COURT JUDGES,
ALL 83 COUNTY MAGISTRATE JUDGES,
83 COUNTY PRISON WARDEN'S,
HEIDI WASHINGTON, MDOC DIRECTOR
    Defendants, et al.,
_____/

Case: 1:21-cv-12168
Judge: Ludington, Thomas L.
MJ: Grand, David R.
Filed: 09-07-2021 At 01:11 PM
HC DERRICK CARDELLO-SMITH V PROBABLE CAUSE CONFRERENCE DIRECTOR ET AL (SS)

## WRIT OF HABEAS CORPUS
## UNDER 28 U.S.C. § 2254 BY
## PERSONS IN STATE CUSTODY AND

&

## DISTRICT COURT ORDER
## GRANTING REQUEST FOR CLASS ACTION CERTIFICATION AND
## ALLOWING FOR TRANSFER OR ALL CASES TO
## BE TRANSFERRED BACK TO THE RESPECTIVE
## CRIMINAL DISTRICT COURT FOR FAILURE TO PROVIDE THE
## PRISONER(S) WITH THE RIGHTFUL PROBABLE CAUSE
## CONFERENCE AS GUARANTEED BY MCR 6.108 REMOVING
## ANY SUBJECT-MATTER OR PERSONAL-MATTER JURISDICTION
## TO IMPOSE THE JUDGEMENT OF SENTENCE AND
## REQUIRING GRANTING OF THE PENDING ACTION

Now Comes the Plaintiff, Derrick Lee Cardello-Smith, in Pro Se and in the above cause under 28 U.S.C. § 2254 and hereby moves this court to GRANT THE WRIT OF HABEAS CORPUS AND THE DISTRICT COURT ORDER GRANTING CLASS ACTIONS CERTIFICATION and placement of the order on the record.

This WRIT is being made to this court because the COURT HAS SOLE JURISDICTION OVER THESE ISSUES.. The Relief Sought in the Complaint has been argued and articulated and as such, the Plaintiff seeks to have the Court Grant the Relief of GRANTING THE ORDER AND THE WRIT OF HABEAS CORPUS.

## RELIEF SOUGHT

Wherefore, Plaintiff prays this Court will enter an order GRANTING THE WRIT OF HABEAS CORPUS AND CLASS ACTION CERTIFICATION to all $37,000 of the Prisoners Currently/Similarly Situated, and grant any further relief this court deem necessary and appropriate.

Respectfully Yours,

Mr. Derrick Lee Cardello-Smith
#267009-5-147B
MCF-2400 S. Sheridan Drive
Muskegon, MI 49442

MR. DERRICK LEE CARDELLO-SMITH
#267009-5-147B
MUSKEGON CORRECTIONAL FACILITY
2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

SEPTEMBER 7, 2021

CLERK OF THE COURT
231 W. LAFAYETTE BLVD
DETROIT, MI 48226

RE: DERRICK LEE CARDELLO-SMITH VS PROBABLE CAUSE CONFERENCE DIRECTOR, et al,
CASE NO N21 FILING

DEAR CLERK:
ENCLOSED FOR FILING IN THE ABOVE CAUSE, ARE THE FOLLOWING DOCUMENTS:
$5.00 FILING FEE
WRIT OF HABEAS CORPUS
DISTRICT COURT ORDER GRANTING REQUEST FOR CLASS ACTION CERTIFICATION

IF YOU COULD PLEASE ASSIGN A CASE NUMBER AND JUDGE TO THIS MATTER, IT WOULD BE GREATLY APPRECIATED.

RESPECTFULLY YOURS,

MR. DERRICK LEE CARDELLO-SMITH



MR. DERRICK LEE CARDELLO-SMITH
#267009-5-147B
MUSKEGON CORRECTIONAL FACILITY
2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

GRAND RAPIDS MI
8 SEP 2021 PM 1

CLERK OF THE COURT
U.S. DISTRICT COURT
231 W. LAFAYETTE BLVD
DETROIT, MI 48226

RECEIVED
SEP 16 2021
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT